1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7  DELREO JOHNSON,

8                              Plaintiff,

9          v.

10  KING COUNTY, ET AL., ,

11                              Defendants.

Case No. C14-690 MJP-BAT

**ORDER OF DISMISSAL**

12      The Court, having reviewed Defendants' motion for summary judgment, the Report and

13  Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining

14  record, does hereby **ORDER**:

15      (1)    The Court adopts the Report and Recommendation;

16      (2)    Defendants' motion for summary judgment (Dkt. 27) is **GRANTED;** Plaintiff's

17             claims against Defendants King County, Sergeant David Bliss, Officer Justin Poe,

18             and Officer Wesley Farris are **DISMISSED WITH PREJUDICE.**

19      (3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to

20             Judge Tsuchida.

21      DATED this 2nd day of June, 2015.

22

23

_____
Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL - 1